UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

       -against-

RAI THOMAS,

                  Defendant.

-------------------------------------------------------x

**ORDER**

23 Cr. 481-01 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case _____Sean Maher\_\_\_\_\_ is hereby ordered substituted
                                                                  Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

\_\_\_\_\_Matthew Galluzzo\_\_\_\_\_ effective October 1, 2024.
        Attorney's Name

Dated: White Plains, New York
           October 1, 2024

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/01/2024