

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

January 17, 2025

**VIA ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Rai Thomas,* 23 Cr. 481 (NSR)

Dear Judge Román:

    The Government respectfully writes to request a brief adjournment of the status conference presently scheduled for January 31, 2025, to February 11, 2025, at 12:00 pm. The defendant by counsel Matthew Galluzzo consents to this request. The Government also respectfully moves, with the consent of the defendant, for a corresponding exclusion of time under the Speedy Trial Act. Such an exclusion of time would outweigh the best interests of the defendant and the public in a speedy trial because it will allow the parties to continue to their efforts towards a pretrial disposition. A proposed order excluding time under the Speedy Trial Act is enclosed herein.

    Respectfully submitted,

    EDWARD Y. KIM
    Acting United States Attorney

By:    /s/ Qais Ghafary
    Qais Ghafary
    Assistant United States Attorney
    Tel: (212) 637-2534

Cc: Matthew Galluzzo, Esq. (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2025

**The Govt's request to adjourn the Status Conf. from Jan. 31, 2025 until Feb. 11, 2025 at 12:00 noon is GRANTED with Deft's consent. Clerk of Court is requested to terminate the motion at ECF No. 56.**
**Dated: White Plains, NY**
       **January 17, 2025**  SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE